UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELISE BENTLEY | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:14-CV-01157 (VAB) |
| | : | |
| v. | : | |
| GRENSKY TRADE CREDIT, LLC | : | |
| TRI-STATE OF BRANFORD, LLC, | : | |
| BRAD POMPILLI AND DAN ROE, | : | |
|    Defendants. | : | APRIL 27, 2015 |

### PLAINTIFF'S MOTION TO JOIN UNION FIRST MARKET BANK AS PARTY DEFENDANT PURSUANT TO FED. R. CIV. P. 20

Plaintiff, Elise Bentley hereby respectfully requests, pursuant to Fed. R. Civ. P. 20(a)(2), this Court add non-party, Union First Market Bank, as an additional Defendant in this action and, pursuant to Fed. R. Civ. P. 15(a)(2), leave of court to amend her complaint in this action to add the non-party Defendant, Union First Market Bank as an additional Defendant.

. This Court is empowered to grant this motion pursuant to Fed. R. Civ. P. 20.

Plaintiff submits the attached Brief in Support of this Motion and respectfully prays this Court grant her Motion and enter an Order authorizing the Plaintiff to join Union First Market Bank as an additional Defendant pursuant to Fed R. Civ. P. 20 and to amend her complaint in accordance with Fed. R. Civ. P. 15(a)(2).

                                                  THE PLAINTIFF,
                                                  ELISE BENTLEY

                    By:    //s// ct05114
                            Nitor V. Egbarin, ct05114
                            Law Office of Nitor V. Egbarin, LLC
                            100 Pearl Street, 14th Floor
                            Hartford, CT  06103-3007

        Tel: (860) 249-7180
        Fax: (860) 408-1471
        E-mail: NEgbarin@aol.com
        Her Attorney


By: //s//_____
        Joseph R. Sastre, ct28621
        The Law Office of Joseph R. Sastre, LLC
        67 Chestnut Street
        Bristol, CT  06010
        Tel: (860) 261-5643
        Fax: (860) 261-5786
        E-mail: joseph.sastre@gmail.com
        Her Attorney

## CERTIFICATE OF SERVICE

     I hereby certify that on April 27, 2015, the foregoing **Motion to Join** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                      //s// ct05114
                                                      Nitor V. Egbarin, ct05114